**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-7190**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

TED DUCKETT,

Defendant - Appellant.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Theodore D. Chuang, District Judge.  (8:13-cr-00626-TDC-1)

Submitted:  April 11, 2024                          Decided:  April 16, 2024

Before AGEE and QUATTLEBAUM, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Ted Duckett, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ted Duckett appeals the district court's orders denying his 18 U.S.C. § 3582(c)(1)(A) motion for compassionate release and denying his motion for reconsideration, which the district construed as a new compassionate release motion. We review a district court's denial of a compassionate release motion for abuse of discretion. *United States v. Kibble*, 992 F.3d 326, 329 (4th Cir. 2021). We have reviewed the record and conclude that the district court did not abuse its discretion in denying Duckett's motions for compassionate release. *See United States v. High*, 997 F.3d 181, 188-91 (4th Cir. 2021) (discussing amount of explanation required for denial of compassionate release motion). Accordingly, we grant Duckett's motion to amend his informal brief and affirm the district court's orders. *United States v. Duckett*, No. 8:13-cr-00626-TDC-1 (D. Md. filed Oct. 17, 2023 & entered Oct. 18, 2023; filed Jan. 23, 2024 & entered Jan. 24, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*